UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SHARON CHENEVERT,

                                                 CASE NO.: 0:17-cv-62518-KMM

    Plaintiff,

v.

COMENITY BANK,

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff, Sharon Chenevert, by and through undersigned counsel, hereby files this Notice of Pending Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

[signature on next page]

1

Dated: June 6, 2018

Respectfully Submitted,

**TOLICUS LAW, PLLC**
612 W. Bay Street
Tampa, FL 33606
Phone: (813) 360-1529
Facsimile: (813) 336-0832

/s/ Gus M. Centrone
**BRIAN L. SHRADER, ESQ.**
Florida Bar No.: 57251
e-mail: bshrader@tolicus.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No.: 30151
e-mail: gcentrone@tolicus.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2018, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Southern District of Florida Fort Lauderdale Division, for filing and uploading to the CM/ECF system.

/s/ Gus M. Centrone
**Attorney**